1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                              WESTERN DIVISION
10

| | |
|---|---|
| HERTZ FURNITURE SYSTEMS, LLC, a New Jersey limited liability company and ACADEMIA FURNITURE, LLC, a New Jersey limited liability company, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>VIRCO MFG CORPORATION, a Delaware corporation, <br><br>　　　　　　Defendant. | Case No. 2:13-cv-9474-JAK(JCx) <br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** <mark>**JS-6**</mark> <br><br>**Hon. Judge John A. Kronstadt** |

The Court, having considered the Stipulation of Dismissal filed by Plaintiffs Hertz Furniture Systems LLC and Academia Furniture LLC and Defendant Virco Mfg. Corporation, and for good cause shown, hereby ORDERS that:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and defenses in this action are dismissed with prejudice;

2. The parties shall each bear their own costs, expenses, and attorneys' fees; and,

3. The Court shall retain jurisdiction over the matter to enforce compliance with the Settlement Agreement.

IT IS SO ORDERED

Dated: March 17, 2014

John A. Kronstadt
United States District Judge

17381332

-1-